# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                        Case No. 04-11231-WRS
                                             Chapter 7
ANNIE RUTH FEAGINS,

    Debtor

ANNIE RUTH FEAGINS,

    Plaintiff                             Adv. Pro. No. 06-1157-WRS

  v.

INTERNAL REVENUE SERVICE,

    Defendant

## MEMORANDUM DECISION

    This Adversary Proceeding is before the Court upon Plaintiff Annie Ruth Feagins' Motion for Judgment on the Pleadings. (Doc. 7). Feagins seeks a determination that her 1996 Federal Income Tax liability is not excepted from the Debtor's discharge pursuant to 11 U.S.C. § 523(a)(1). (Doc. 1). The United States has filed an answer admitting that no exceptions to discharge apply to the existing liability. (Doc. 5). It appears that Feagins is entitled to a determination that her 1996 Federal Income Tax liability is not excepted from discharge.

    Done this 24th day of October, 2006.

                                                  /s/ William R. Sawyer
                                                United States Bankruptcy Judge

c: Collier H. Espy Jr., Attorney for Plaintiff
   Patricia Allen Conover, Attorney for Defendant